## UNITED STATES DISTRICT COURT

FILED
APR 14 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Linda K. Johnson
Plaintiff

vs.

10-274-MJR

University of Illinois
Defendant

### TITLE VII COMPLAINT

1. Plaintiff resides at 808 E Hanover, New Baden IL 62265

2. Defendant(s) names (s) University of Illinois College of Agriculture 117 Mumford Hall Urbana, IL 61801
Location of principal office(s) of the named defendant(s)

Nature of defendant(s) business education

Approximate number of individuals employed by defendant(s) more than 500

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. §e-5(g).

1. The acts complained of this suit concern:

   A. _____ Failure to employ me.
   B. _____ Termination of my employment.
   C. _____ Failure to promote me.
   D. __X__ Other (Specifiy) denied reasonable accommodation - modified work schedule for thirteen months.

5. Plaintiff:

   A. __X__ presently employed by the defendant.
   B. _____ not presently employed by the defendant. The dates of plaintiff's employment were _____.
   The reasons plaintiff was given for termination of employment is/are:
   (1) _____ plaintiff was discharged.
   (2) _____ plaintiff was laid off.
   (3) _____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   A. _____ my race
   B. _____ my religion.
   C. _____ my sex.
   D. _____ my national origin.
   E. __X__ Other (specify) Disability - denied reasonable accommodation - modified work schedule for thirteen months

-2-

7. The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are:

LaDean Scheurer, County Director - White Female

Dan Nelson, Regional Director - White male

Karen McLaughlin, Assistant Director, College of Human Resources white female

Jaclyn Patrick, Labor Relations Specialist, Human Resources

8. Describe the discriminatory actions or events you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. You do not need to refer to any statutes or cite law.

After working for the University of Illinois Extension for 15 years my kidneys failed and I began hemo dialysis. These treatments where three days a week (Tuesday, Thursday and Saturday) making work impossible on treatment days. I have been disciminited against because of my disability in that I requested and was denied reasonable accommondation.

_____

_____

_____

_____

_____

_____

_____

_____

9.  The alleged illegal activity took place at University of Illinois Extension, Clinton County Unit, P.O Box 185 Breese, IL 62230

10. A. __X__ I have filed a charge with the Equal Employment Opportunity Commission regarding defendant(s). (I have attached a copy of my charge(s) filed with the Equal Employment Opportunity Commission, which are incorporated into this complaint.)

    B. _____ I have not filed a charge.

11. A. _____ I received a Notice of Right-to-Sue letter from the U.S. Department of Justice   1/21/10 (date). (I have attached a copy of the Notice of Right-to-Sue which is incorporated into this complaint.)

    B. _____ I have not received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission.

12. State what relief you are seeking from the Court. If you are seeking a monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against the defendant(s) summarize what should be in the order.

1. back wages and benefits   $18,900.85
2. 40% Appointment in the Clinton Co. Unit - Multi Unit
3. attorney's fee
4. Court cost
5. punitive damages   $50,000

4/14/10
Date

Linda K. Johnson
Signature of Plaintiff

Address: 808 E. Hanover
New Baden, IL
62265

Telephone: 618-588-7734

-5-