IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LINDA K. JOHNSON**, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. **10-cv-274-MJR** |
| ) | |
| **UNIVERSITY OF ILLINOIS**, ) | |
| ) | |
| Defendant(s). ) | |

### ORDER

On June 30, 2011, the Clerk of Court issued a Notice of Impending Dismissal and directed Plaintiff Linda K. Johnson to effectuate service upon Defendant University of Illinois. Plaintiff was warned that failure to take action on or before June 30, 2011, would result in this case being dismissed. A review of the record reveals that a year earlier, in May 2010, Magistrate Judge Frazier issued an Order explaining that, because Plaintiff was not a pauper, the government would not effect service on her behalf.

Plaintiff has had more than ample time to effect service, yet she has not done so. Plaintiff has also been clearly warned of the consequences of failing to serve the Defendant. Federal Rule of Civil Procedure 4(m) provides that an action against a defendant who is not served must be dismissed without prejudice. Dismissal of this action with prejudice would be warranted under Federal Rule of Civil Procedure 41(b), for failure to prosecute. However, because this is primarily a service issue, dismissal will be without prejudice.

**IT IS THEREFORE ORDERED** that, pursuant to Federal Rule of Civil Procedure 4(m), this action is **DISMISSED**, without prejudice.

1

Judgment shall enter accordingly.

**IT IS SO ORDERED.**

**DATED: July 7, 2011**

                s/ *Michael J. Reagan*
                **MICHAEL J. REAGAN**
                **UNITED STATES DISTRICT JUDGE**